**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard A. THOMAS, a/k/a Mark Andrew Taylor, a/k/a Richie, a/k/a Spooky, Defendant–Appellant.**

No. 02–7643.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

Richard A. Thomas, Appellant Pro Se. David John Novak, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG and MOTZ, Circuit Judges.[*]

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard A. Thomas, a federal prisoner, seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2255 motion solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the [motion] states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have reviewed the record and conclude for the reasons stated by the district court that Thomas has not made the requisite showing. *See United States v. Thomas,* Nos. CR–96–66, CA–01–261–3 (E.D.Va. Aug. 19, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*